UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Nan Terrie_

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

_City of New York &_
_Da Brando E Court_
_Policy Office at 111 Centre_
_St NYC_

_(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)_

**COMPLAINT**

Jury Trial: ☑ Yes   ☐ No
_(check one)_

_Moving Case # 122466_
_From Claim of court_
_to federal court_

RECEIVED
MAR 17 2014
PRO SE OFFICE

I.   **Parties in this complaint:**

A.   List your name, address and telephone number.  If you are presently in custody, include your
     identification number and the name and address of your current place of confinement.  Do the same
     for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff   Name _Nan Terrie_
            Street Address _2759 Websters Ave 269_
            County, City _Bronx NYC 10458_
            State & Zip Code _10458_
            Telephone Number _(413) 489-1993_

B.   List all defendants.  You should state the full name of the defendant, even if that defendant is a
     government agency, an organization, a corporation, or an individual.  Include the address where
     each defendant may be served.  Make sure that the defendant(s) listed below are identical to those
     contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1   Name _Police Officer @ 111 Centre St Officer_
                  Street Address _111 Centre St NYC_

_Da Brando, her Supervisor_

Rev. 05/2010

County, City _____ *NY* _____

State & Zip Code _____ *ny* _____

Telephone Number _____

Defendant No. 2   Name _____ *City of New York E Attorney John Hunter* _____

Street Address _____ *120 Broadway* _____

County, City _____ *ny, ny 10271* _____

State & Zip Code _____ *10271* _____

Telephone Number _____ *212 416 8500* _____

Defendant No. 3   Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant No. 4   Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

**II.     Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.     What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions          ☐ Diversity of Citizenship

B.     If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? *Constitutional, Aboriginal Treaties, Ancestors Laws,*

*Religious Rights, Disabilities Assault and Tortis & so forth*

_____

C.     If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

_____

**III.    Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _111 Centre street_
_nyc, housing Court Lobby in manhattan_

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____
_January 17, 2013_

C.    Facts: _I Was Asault, humilty, Voolate, By_

| | |
|---|---|
| What happened to you? | _housing Court policy Enforcer DA Brando_ |
| | _on January 17, 2013 between 10A - 11:45A_ |
| Who did what? | |
| Was anyone else involved? | |
| Who else saw what happened? | |

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _Psychological Suffering_
_Pains, Headaches + Bruise's. My primary doctor_
_prescribe Me Migrane headaches_
_a Cream for my Bruse_

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. i just finish housing Court

Judge Soto i respect her But i demad $50 millions dollars for what i went through iF Mr. Brando refused to admitted wrong doing lying under oath twice:

there's evidence audio/video for this Case trial that took place today March 17, 2014 at 10 A. i will like and ask the Court to grand Me Permissions to submit the evidences as an Exhibit into this Case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 17 day of March 2014

Signature of Plaintiff  all right reserved

Mailing Address    2759 Websters Ave Ll b9

Bronx Nyc 10458

Telephone Number   (413) (89-1993

Fax Number *(if you have one)*

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   _____

Inmate Number            _____

STATE OF NEW YORK : COUNTY OF _New York_

CITY OF _NY_ : CITY COURT

IN THE MATTER OF:

PLAINTIFF / PETITIONER

_Nan terrie_

vs.

_City of New York_

DOCKET NUMBER: _122466_

( ) CIVIL SUBPOENA

( ) CRIMINAL SUBPOENA

( ✓ ) SUBPOENA DUCES TECUM

DEFENDANT / RESPONDENT

TO: _Housing Court 111 Centre St NYC_
_Attention: Berry Clark at 100 Centre Room 1000_
_(646) 386 3000_

**YOU ARE HEREBY COMMANDED** THAT, ALL BUSINESS AND EXCUSES BEING LAID ASIDE,

_26 (  )_ TO APPEAR BEFORE THE CITY COURT JUDGE, OF THE CITY OF _New York_ LOCATED AT
_Broadway_ GIVE EVIDENCE IN THE ACTION OR PROCEEDING THERE PENDING AND BRING WITH YOU AND PRODUCE AT THE TIME AND PLACE AFORESAID, THE FOLLOWING: ON _March 17, 2014_ AT _9:30 A_ TO TESTIFY AND

_nanterrie am requesting for the video Record at 111 Centre St NYC_
_Housing Court for Jan 17, 2013 between 9A-11Am, also I nanterrie am_
_requesting Video Record for 12/31/2013 at 111 Centrest NYC between 9:30A - Noo_
_San the Same Policy enforce Brando JDO shuffle a Client who was at the courthous_

_(  )_ SUBPOENA DUCES TECUM; TO PRODUCE AT THE _Claim of Court_ CITY COURT LOCATED AT
_Broadway_ ON OR BEFORE _March 1, 2014_ AT
_10p m_ THE FOLLOWING RECORDS; NO PERSONAL APPEARANCE NECESSARY:
_I will like to have 3 copies for those 2 votes;_
_I copy send to Judge Soto Chamber office for evidence for trial_
_I copy send State Attorney john M. Hunter Assistant Attorney at_
_20 Broadway NYC 10271 and My Mailing Address Nan terrie 275 q website_
_I 16 L69 Bronx NYC 10463, Judge Soto 26 Broadway 10th Floor_

FAILURE TO COMPLY WITH THIS SUBPOENA SHALL DEEM YOU GUILTY OF CONTEMPT OF COURT.

DATED:

_____
CLERK OF THE COURT

_____
CITY COURT JUDGE



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
CLAIMS BUREAU

Tel. No. (212) 416-8500
Room No. 12-A-62

August 19, 2013

Re:  Nan Terrie v. State
     Claim No. 122466
-------------------------------------------------------------
Nan Terrie
2759 Webster Avenue, Apt L69
Bronx, NY  10458

Dear Mr. Terrie  :

    Enclosed herewith for service upon you, pursuant to Section 130-1.1a of
the Rules of the Chief Administrator (22NYCRR), is a copy of the defendant's
**Response to Combined Demand ( Respond's)** in the above-entitled matter.

Very truly yours,

JASMIN ANDUJAR
Law Dept. Document Specialist
Trainee 1
Claims - NYC

Enclosures
cc: John M. Hunter, AAG



# Court of Claims
## State of New York

ROBERT ABRAMS BUILDING
FOR LAW AND JUSTICE
BOX 7344, CAPITOL STATION
ALBANY, NEW YORK 12224

(518) 432-3411

**Richard E. Sise**
Presiding Judge

March 22, 2013

**Robert T. DeCataldo**
Chief Clerk

Nan Terrie, Pro Se
2759 Webster Ave #L69
Bronx, NY 10458

Dear Sir/Madam:

This will acknowledge receipt in this office on March 7, 2013 of the claim of:

### NAN TERRIE v. THE COURT POLICE OFFICER, ETC.

Said claim has been filed in this office as of March 7, 2013, subject to whatever legal objections may apply thereto and has been given:

### Claim No. 122466

It is our determination that this claim accrued in New York County. In accordance with the provisions of the Individual Assignment System, this claim has been assigned to:

Hon. Faviola A. Soto
Phone No. (212) 361-8160

All inquiries regarding this claim shall be made directly to the assigned judge.

Please continue to file all pleadings with the Clerk's office in Albany (Uniform Rules for the Court of Claims §206.5). Filings may be made by personal service, mail or by facsimile transmission pursuant to §206.5-a of the Rules. The Court of Claims' fax filing number is 1-866-413-1069. Visit the Court's website listed below for additional information.

Very truly yours,

Robert T. DeCataldo
Chief Clerk

RTD/cmb
cc: Office of the Attorney General

**www.nyscourtofclaims.state.ny.us**

RECEIPT

**NYS COURT OF CLAIMS**
P.O. BOX 7344
CAPITOL STATION
ALBANY, NY 12224
(518) 432-3918

RECEIVED FROM

TERRIE

TERRIE NAV

CLAIMANT

RECEIPT # 15916

AMOUNT 50:00

C=CASH
CK=CHECK
CC=CREDIT CARD
MO=MONEY ORDER

CODES
A. FILING FEE
B. SANCTIONS
C. SURPLUS
D. PHOTOCOPIES
E. REFUND
F. OTHER

15906

RECEIVED BY



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
CLAIMS BUREAU

(212) 416-8502

February 14, 2014

Re: Terrie v. State of New York
   Claim No.: 122466

-----------------------------

Nan Terrie

2759 Webster Avenue, Apt. L69

Bronx, New York 10458

Dear Ms. Terrie:

   I am returning the original and copy of your deposition transcript which was forwarded to you, with instructions, on December 20, 2013. Kindly follow those instructions and return the signed and notarized original transcript. Additionally, I am returning Court Officer Ida Brando's signed and notarized deposition transcript (see page 29).

                              Very truly yours,

                              JOHN M. HUNTER

                              Assistant Attorney General

Enclosure

STATE OF NEW YORK: COURT OF CLAIMS

_Nan Terrie, Pro Se_
_____
Claimant(s),

-against-

_State of New York_
_____
Defendant.

PRELIMINARY CONFERENCE
STIPULATION & ORDER
BS

Hon. Faviola A. Soto
Claim No. _1 2 2 4 6 6_

**APPEARANCES** ( _caption names Court Police officer etc_ )
Claimant(s): _Nan Terrie Pro Se_
_____
_____

Defendant: _State of New York_
_By: John M. Hunter, Assistant Attorney General_

It is hereby ORDERED that disclosure shall proceed as follows:

**) Bill of Particulars:**
_defendant_ (a) Demand for a bill of particulars shall be served by _already served_ on or before _____
_claimant_ (b) Bill of particulars shall be served by _July 3 2013_ on or before _to be filed with_
(c) A supplemental bill of particulars shall be served by _____ as to items _clerk in_
on or before _____ _Albany._

**(2) Medical Reports and Authorizations:** _defendant to serve within 30_
Shall be served as follows: _within 45 day (~8/20/3 )_
_claimant to sign & return_ _August 7, 2013_
to PC

**(3) Disclosure:**
(a) All parties, on or before _July 3 2013_ shall exchange names and addresses of all eye witnesses and notice witnesses, statements of opposing parties, and photographs, or, if none, provide an affirmation to that effect.
(b) Authorization for claimant(s)' employment records for the period _if claim for lost wages 7/3/2013_ shall be furnished on or before _____
(c) Demand for discovery and inspection shall be served by _____ on or before _____. The items sought shall be produced to the extent not objected to, and objections, if any shall be stated, on or before _____
(d) Other (interrogatories, _claimant to served defendant with demand for discovery & inspection by July 3, 2013. Defendant has 45 days to respond defendant already served: demand for discovery · inspect. claimant to respond on or before July 3, 2013_

**(4) Depositions:** Depositions of _Claimant(s) __ Defendant(s) __ All Parties_ shall be held
_____
_____

**(5) Physical Examination:**
(a) Examination of _defendant reserves rights to take physical examination_ shall be held
(b) A copy of the physician's report shall be furnished to claimant(s) within _____ days of the examination. ( _unless no physical injuries or damages alleged_ )

Case Name: Terrie v State          Claim No. 122 46 b          PC ORDER   Page 2

**(6) Compliance Conference:** Shall be held on September 16 2013
promptly at 10:00 a.m.

**(7) Conferences:** If an earlier conference is requested, Counsel shall contact Chambers by letter or joint telephone conference (212- 361-8160), setting forth the specific reason(s) for the request.

**(8) Motions:** a) Jurisdictional Motions: _____
  (b) Discovery motions: Counsel must contact Chambers, by letter or joint telephone conference
      (212- 361-8160), before bringing any disclosure motion.
  (c) Impleader: _____
  (d) Other motion(s): _____

**(9) Trial will be:** ____X____ Bifurcated          _____ Unified

**(10) End date for Discovery/ Note of Issue:** Claimant shall file a note of issue/certificate of readiness on or before _____.

**(11) Related Action Pending or Contemplated? :** No_____ Yes_____
  If instituted: Case Name: _____
      County and Court: _____, Index # _____

  Counsel shall be familiar with and advise Court of status, dispositive motions, trial or settlement of related action.

**(12) Translator necessary at trial?** _____ Language _____

**Additional Directives:**

_____
_____
_____
_____
_____
_____

Applicable: Yes___ or No_X_ : For additional directives, see p. 3 ___

**FAILURE TO COMPLY WITH ANY OF THESE DIRECTIVES MAY RESULT IN THE IMPOSITION OF COSTS OR SANCTIONS OR OTHER ACTION AUTHORIZED BY LAW.**

In Propria Persona

Man Princess Goddess ISIS Ma'at Imdep                    ERIC T. SCHNEIDERMAN
**Attorney for Claimant(s)**                             by: JOHN M. Hunter   John M. H...
            Ged. Terrie Elbez                            **Attorney for Defendant**

                                        **SO ORDERED:**

Dated: May 28 2013

                                        FAVIOLA A. SOTO,  J.

STATE OF NEW YORK
ATTORNEY GENERAL
MANAGING CLERK'S OFFICE
RECEIVED

2014 MAR 14   PM 3:56

Here's the pictures you requested, I mail them out and am dropping off o copyes



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
CLAIMS BUREAU

(212) 416-8502

December 20, 2013

Re: Terrie v. State of New York
    Claim No.: 122466
-------------------------------

Nan Terrie

2759 Webster Avenue, Apt. L69

Bronx, New York 10458

Dear Ms. Terrie:

Enclosed with this correspondence are the original and one copy of the transcript of your recent deposition testimony in the above-captioned action.  Please sign the original transcript in the designated area on page 77 of the transcript.  If any changes are necessary, they must be made on the errata sheet which is located on page 80 of the transcript.  Please do not make any changes, whatsoever, on the transcript itself.

Both the transcript and any changes must be executed in the presence of a Notary Public. Thereafter please return the original transcript to me.

Finally, please take notice that pursuant to CPLR 3116 (a), your failure to return the



**New York City Comptroller**
John C. Liu

Office of the New Yo—

Form Version:   NYC

# Personal Injury Claim Form

Claim must be filed *in person or by registered or certified mail within 90 days of the occurrence* at the N—
Comptroller's Office, 1 Centre Street, Room 1225, New York, New York 10007. It must be *notarized*. If c—
not resolved within *1 year and 90 days of the occurrence*, you must start legal action to preserve your r—
TYPE OR PRINT

I am filing:   ◉ On behalf of myself.

○ On behalf of someone else. If on someone else's
behalf, please provide the following information.

○ Attorney is filing.

**Attorney Information (If claimant is repre—**

Last Name:   Teirue

First Name:   Nan

Relationship to
the claimant:   Self & Working group
members

Firm or Last Name:

Firm or First Name:

Address:

Address 2:

City:

State:

Zip Code:

Tax ID:   9

Phone #:

Email Addre:s:

**Claimant Information**

*Last Name:   Teirue

*First Name:   Nan

Address:   2759 Webster Av

Address 2:

City:   Bronx

State:   NYC

Zip Code:   10450

Country:   Bronx

Date of Birth:   4/18/90   *Format: MM/DD/YYYY*

Soc. Sec. #   840 168 118

HICN:
(Medicare #)

Date of Death:   *Format: MM/DD/YYYY*

Phone:   701 484-1993

Email Address:   7 peacegutrado yahoo.com

Occupation:   Student

City Employee?   ○ Yes   ○ No   ◉ NA

Gender   ○ Male   ○ Female   ◉ Other   not conf business

**City Agency(s) Involved**

City Agency
Involved 1:

City Agency
Involved 2:

City Agency
Involved 3:

I, Nan Teirue Suing The Court Pol—
at 111 Centre St, nyC, for violat—
my Constitutional rights this Mor—
between 10Am - 11.45Am was—

*Denotes required field(s).

This form is unofficial and provided primarily for pro se litigants. It should be completed in accordance with the substantive pleading requirements of Court of Claims Act section 11(b).

**State of New York**
**Court of Claims**

_____

_____

*Nan Ferrie*

Claimant(s)

v.

*The court Police officer @ 111 Centre st ny C*        **Claim**

*officer Name Brenda ID # a her*

*Supervisor*        Defendant(s)

FILED

122466 03-713

STATE COURT OF CLAIMS
ALBANY, NEW YORK

1. The post office address of the claimant (you) is *2759 webster av A L69*

*Bronx nyc 10458    10458*

2. This claim arises from the acts or omissions of the defendant. Details of said acts or omissions are as follows (be specific):

*Please read attachments*

*1 attachments*

3. The place where the act(s) took place is (be specific): _____

_____

(X) 4. This claim accrued on the *17* day of *January, 2013* at *11:44* o'clock. *A.M. 10th* *Between*

5. Identify the items of damage or injuries claimed to have been sustained:

_____
_____
_____
_____

6. **(Check appropriate box):**

[✓] This Claim is served and filed within **90 days of accrual.**
        OR

[ ] **A Notice of Intention to File a Claim was served on** _____, which
was within 90 days of accrual.
        OR

[ ] This is a claim by a correctional facility inmate to recover damages for injury to or loss of
personal property and it is served and filed within **120 days of the exhaustion of
claimant's administrative remedies.**

By reason of the foregoing, Claimant was damaged in the amount of $_____, and
Claimant demands judgment against the Defendant(s) for said amount.

_____
                                   Claimant

### VERIFICATION

STATE OF NEW YORK    ) ss:
COUNTY OF _N.Y._    )

_____, being duly sworn, deposes and says that deponent is
the Claimant in the within action; that deponent has read the foregoing Claim and knows the
contents thereof; that the same is true to deponent's own knowledge, except as to matters therein
stated to be alleged upon information and belief, and that as to those matters, deponent believes it
to be true.

_____

Sworn to before me this ____ day
of _____, _____.

_____
Notary Public, State of New York

### SERVICE AND FILING INSTRUCTIONS

You must serve a copy of the claim in accordance with Court of Claims Act section 11(a) and you must file
the original and two copies, with proof of service, and the filing fee of $50.00 or an application for waiver or reduction
of the filing fee, with the Clerk of the Court of Claims.

**FAILURE TO EFFECT PROPER AND TIMELY SERVICE AND FILING MAY RESULT IN DISMISSAL OF
YOUR CLAIM**

**New York State Court of Claims
Justice Building, P.O. Box 7344
Albany, New York 12224
(518) 432-3411**

This form is unofficial and provided primarily for pro se litigants. It should be completed in accordance with the
substantive pleading requirements of Court of Claims Act section 11(b).

**State of New York**
**Court of Claims**

_____

_Nan Ferrie_

_____ Claimant(s)

**Claim**

_The court Police officer @ 111 Centre st ny c_
_officer Name Brenda JD a 2 her_ Defendant(s)
_Supervisor._

_____

1. The post office address of the claimant (you) is _2759 Webster av A L_
_Bronx Nyc 10452 10458_

2. This claim arises from the acts or omissions of the defendant.  Details of said acts or
omissions are as follows (be specific): _____

_Please Read attachments_
_See attachments_

_____

3. The place where the act(s) took place is (be specific): _____

_____

4. This claim accrued on the _17_ day of _January, 2013_ at _11:45_ o'clock _Between AM PM_

5. Identify the items of damage or injuries claimed to have been sustained:

_____

_____

_____

_____

6. **(Check appropriate box):**

☑ This Claim is served and filed within **90 days of accrual**.

　　　　OR

☐ A **Notice of Intention to File a Claim** was served on _____, which was within 90 days of accrual.

　　　　OR

☐ This is a claim by a correctional facility inmate to recover damages for injury to or loss of personal property and it is served and filed within **120 days of the exhaustion of claimant's administrative remedies**.

By reason of the foregoing, Claimant was damaged in the amount of $_____, and Claimant demands judgment against the Defendant(s) for said amount.

_____
　　　　　　　　　　　　　Claimant

## VERIFICATION

STATE OF NEW YORK　　) ss:
COUNTY OF _NY_　　　　 )

_____, being duly sworn, deposes and says that deponent is the Claimant in the within action; that deponent has read the foregoing Claim and knows the contents thereof; that the same is true to deponent's own knowledge, except as to matters therein stated to be alleged upon information and belief, and that as to those matters, deponent believes it to be true.

_____

Sworn to before me this _____ day
of _____, _____.

_____
Notary Public, State of New York

### SERVICE AND FILING INSTRUCTIONS

You must serve a copy of the claim in accordance with Court of Claims Act section 11(a) and you must file the original and two copies, with proof of service, and the filing fee of $50.00 or an application for waiver or reduction of the filing fee, with the Clerk of the Court of Claims.

**FAILURE TO EFFECT PROPER AND TIMELY SERVICE AND FILING MAY RESULT IN DISMISSAL OF YOUR CLAIM**

**New York State Court of Claims**
**Justice Building, P.O. Box 7344**
**Albany, New York 12224**
**(518) 432-3411**

State of New York
Court of Claims

_Nan ferrie_

Claimant(s)

v.

_The Court Police officers_

_Officer Neil Brando I Dg & his supervisor_

Defendant(s)

**Affidavit of Service**

Claim No. _III cenlral_

Assigned Judge:

State of New York
County of _Nyc_ )
                        )ss:

_Nan ferri_ being duly sworn, deposes and says:

I am over the age of eighteen (18) years, and on _____, 20___, I served a true copy of the attached _Nan +_____ in the following manner:

**(For a Claim):** _Claim form against Police off_

☐ by mailing it in a sealed envelope, **certified mail, return receipt requested,** with postage prepaid, in a post office or official depository of the United States Postal Service within the State of New York, addressed to the last known address of the addressee as follows:

**OR**

☐ by delivering it to the following person(s) at the address(es) indicated below:

**(For a Notice of Motion and Supporting Papers):**

☐ by mailing them in a sealed envelope, with postage prepaid, in a post office or official depository of the United States Postal Service within the State of New York, addressed to the last known address of the addressee as follows:

_____
(Signature)

Sworn to before me this 25th day
of _February_ 20___

_____
Notary Public

RICHARD B. MINOR
Notary Public, State of New York
Reg. No. 04MI6147382
Qualified in New York County

State of New York
Court of Claims

_____,
DIN No. _____, Claimant,

*Nan Ferrie*

v.

Affidavit in Support of Application
Pursuant to CPLR 1101 (f)

Claim No.

The State of New York, *Police Officer @ 111 Centre St,*
*Officer place Brandon ITS a 2 her Supervisor*
Defendant.

State of New York  )
                   ) ss:
County of *NYC*    )

I, *Nan Ferrie*, being duly sworn, hereby declare as follows:

1) I am the claimant in this proceeding, I am an inmate in a federal, state or local correctional facility (state place of incarceration: _____), and I submit this affidavit to support my application for a reduction of the filing fee.

2) I currently receive income from the following sources, not including correctional facility wages:

_____

_____

_____

3) I own the following valuable property (other than miscellaneous personal property):

☑ NONE

☐ List property:                          Value:

_____          _____

_____          _____

_____          _____

4) I have no savings, property, assets or income other than as listed above.

5) I am unable to pay the filing fee necessary to prosecute this proceeding.

6) No other person who is able to pay the filing fee has a beneficial interest in the result of this proceeding.

7) The facts of my case are described in my claim and other papers filed with the court.

8) I have made no other request for this relief in this case.

(signature)

RICHARD B. MINOR
Notary Public, State of New York
Reg. No. 04M16147382
Qualified in New York County
Commission Expires June 5, 20__

Sworn to before me this 25 day of ___feb 2013___

_____
Notary Public

## AUTHORIZATION

I, _____, inmate number _____, request and authorize the agency holding me in custody to send to the Clerk of the Court of Claims certified copies of the correctional facility trust fund account statement (or the institutional equivalent) for the past six months.

I further request and authorize the agency holding me in custody to deduct the filing fee from my correctional facility trust fund account (or the institutional equivalent) and to disburse those amounts as instructed by the Court of Claims.

This authorization is given in connection with this claim and shall apply to any agency into whose custody I may be transferred.

I UNDERSTAND THAT THE ENTIRE FILING FEE AS DETERMINED BY THE COURT OF CLAIMS WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY CORRECTIONAL FACILITY TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.

(signature)

WESTERN MONEY
UNION ORDER

WESTERN UNION FINANCIAL SERVICES INC. · ISSUER
Englewood, Colorado

14-65010057/4

PAY EXACTLY
PAY TO THE
ORDER OF

FIFTY DOLLARS AND NO CENTS

$ 50.00

PAYMENT FOR/ACCT. #

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Index Number

Nan Terrie
_____ Plaintiff

AFFIDAVIT OF SERVICE after
COMMENCEMENT of LITIGATION

- against -

landlord & Tenant Court
Police officers of court @ 111 Centre St nyc, Nane Brondo-De &
his supervisor
STATE OF NEW YORK, COUNTY OF Manhattan, NYC ss:
I, [name of person who served papers] Nan terrie , being duly sworn
depose and say: I am over 18 years of age and am not a party to this case.
I reside at [your address] 375 webster Ave 1L69 Bronx NYC 10458 & Mailing
On [date of service] Feb 27 , 200/3, at [time of day] 3:15 AM /PM, I served a true copy of
the following papers: [identify papers served] I personal deliver it to the state attorney
Harlem @ 163 W. 125 St suite 1324 NYC 10027 , in the following manner. [check box that applies]

☑ **Personal**
**Service**
By personally delivering the papers to [identify person served] I Nan terrie
at [address] 163 W. 125 St suite 1324 NYC 10027

The individual I served had the following characteristics [check one box in each category]:

| Sex | Height | Weight | Age 194R. |
|---|---|---|---|
| ☐ Male | ☐ Under 5" | ☐ Under 100 lbs. | ☐ 21 - 34 years |
| ☑ Female | ☐ 5'0"- 5'3" | ☐ 100 -130 lbs. | ☐ 35 - 50 years |
| | ☑ 5'4" 5'8" | ☐ 131 -160 lbs. | ☐ 51 - 65 years |
| | ☐ 5'9"- 6'0" | ☐ 161 - 200 lbs. | ☐ Over 65 years |
| | ☐ Over 6' | ☐ Over 200 lbs. | |

[describe]: Skin color Brown Mix             Hair color Golden Bronze
Other identifying features, if any [describe]: _____

☐ **Mail**
By mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official
depository of the U.S. Postal Service within the State of New York, addressed to the last-known
address of the addressee(s) indicated below:

☐ **Overnight**
**Delivery**
**Service**
By depositing the same with an overnight delivery service in a wrapper properly addressed. Said
delivery was made prior to the latest time designated by the overnight delivery service for overnight
delivery. The delivery service used was [name of delivery service] _____

[Name(s) and address(es) of person(s) served by mail/overnight delivery] phone(212) 961-4475
Fax(212)961(4000)
I Nan terrie Brought those forms to
Atto New york state Attorney General
Harlem Regional office, was receive/hand
to Sladice Ortiz on februay 27 2013@ 3:15P.
163 W. 125 St Suite 1324 NYC 10027

Sworn to before me this
___ day of     FEB 2 8 2013 200_        ANNA DONG        [sign name before a Notary]
                                        Notary Public, State of New York
                                        Reg. No. 041DO6228919        Nan terrie
Notary Public                           Qualified in New York County      [print your name]
                                        Commission Expires Sept. 27, 20        4-06

State of New York
Court of Claims
_____

_____

_____

_Nan ferrie_                    Claimant(s)

v.

_The Court Police officer_      Affidavit of Service

_Officer Neal Brando I Da a his sup..._  Claim No. _____

_____   Assigned Judge: _III Central St._
                    Defendant(s)

State of New York   )
County of _NYC_     ) ss:

_Nan ferrie_ being duly sworn, deposes and says:

I am over the age of eighteen (18) years, and on _____, 20____, I served a true copy of the
attached _Nan t_ in the following manner:

**(For a Claim):**   _Claim form against Police officer_

☐ **by mailing it** in a sealed envelope, **certified mail, return receipt requested,** with postage prepaid, in a post
office or official depository of the United States Postal Service within the State of New York, addressed to
the last known address of the addressee as follows:

**OR**

☐ **by delivering it** to the following person(s) at the address(es) indicated below:

**(For a Notice of Motion and Supporting Papers):**

☐ by mailing them in a sealed envelope, with postage prepaid, in a post office or official depository of the
United States Postal Service within the State of New York, addressed to the last known address of the
addressee as follows:

_Nan ferrie_
                    (Signature)

Sworn to before me this 25th day
of _February_ 20__

_____
Notary Public

RICHARD B. MINOR
Notary Public, State of New York
Reg. No. 04MI6147382
Qualified in New York County
Commission Expires June 8, 20_14_



New York City Comptroller
John C. Liu

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

Form Version:   NYC-COMPT-BLA-PI1-M

# Personal Injury Claim Form

Claim must be filed *in person or by registered or certified mail within 90 days of the occurrence* at the NYC Comptroller's Office, 1 Centre Street, Room 1225, New York, New York 10007. It must be *notarized*. If claim is not resolved within *1 year and 90 days of the occurrence*, you must start legal action to preserve your rights.
TYPE OR PRINT

**I am filing:**  ⦿ On behalf of myself.

○ On behalf of someone else. If on someone else's behalf, please provide the following information.

○ Attorney is filing.

| | |
|---|---|
| Last Name: | Terrio |
| First Name: | Nan |
| *Relationship to the claimant: | self working on Membus |

## Claimant Information

| | |
|---|---|
| *Last Name: | Terrio |
| *First Name: | Nan |
| Address: | 2759 Webster Av #1 |
| Address 2: | |
| City: | Bronx |
| State: | NYC |
| Zip Code: | 10458 |
| Country: | Bronx |
| Date of Birth: | 4/18/1971 |
| Soc. Sec. # | |
| HICN: (Medicare #) | |
| Date of Death: | |
| Phone: | (701) 984-1993 |
| Email Address: | Peacegunan@yahoo.com |
| Occupation: | Student |
| City Employee? | ○ Yes  ○ No  ⦿ NA |
| Gender | ○ Male  ○ Female  ⦿ Other  not Court business |

## Attorney Information (If claimant is represented by attorney)

| | |
|---|---|
| Firm or Last Name: | |
| Firm or First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: Tax Id. # | |
| Phone #: | |
| Email Address: | |

## City Agency(s) Involved

| | |
|---|---|
| City Agency Involved 1: | |
| City Agency Involved 2: | |
| City Agency Involved 3: | |

Nan Terrio Suing the Court Police officer
at 111 Centre St, nyc for Violations of
my Constitutional rights this Morng 1/17/2013
between 10A - 11.45A was Violate

*Denotes required field(s).

New York City Comptroller
John C. Liu

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**he time and place where the claim arose**

Date of incident: 7/2013   Format: MM/DD/YYYY

Time of incident: Between 10 A.M   Format: HH:MM AM/PM

ocation of
cident:

111 Centre St.
Housing Court

Address:
Address 2:
City:
State:
Borough:

**anner in which
im arose:**

**tach extra sheet(s)
nore room is
eded.**

I Wan terible was a witness to one of my walking group
member housing court hearing; I was asked for court. when I
arrived I waited in Line to be called, when got there this cong
office by the name of BRANDO IDA according to what her Super-
vison told me her name is, told got at the table IDA
Brando asked me if I have anytele on to let her I have my
N pant that's have a metal building belt on than she to let me that
u have to take your pant of "I look at her Like she's crazy. I Put my
-s down on the table, then I walk thru the[ ] body as I thought It
and went to get-down hand searched me since she had told me she would I
ignored her and told her I don't want to be touch, she then told me to un-zip
at and Jacket I did then She touch me in my stomach I Pushed her hand and
her I don't want to be touch she pushing her out hand search agenda at me
then as I pointed to you can used that BLACK thing they you used to scan
but I don't want to be touch, she then grab my shirt to let me to unbotton
hart, I did then she hold the shirt in one side push it up exposed my body
when she did that I started Raise my voice. I was been violed my constitution
s was taking away from me that two then out of No where close distribe
e items of [ ] walked and cam me pretty upset and one of then forty tries to
nage or injuries hes Luban SCHMI 8 mary herfiler boss came and told me to low my
med are (include Vice and start cursing I told him your neither Jest visies pecto no
ar amounts): by teching me then he told me, well I was in the corner. I hard
everythig told him your a liar that her boss start talking to me
tach extra sheet(s) In a very disrespectful manner Life I was a 2 year old I told him
ore room is stop talking to me Like I am a children in NYC, he then told me to
ded. leve the court if I don't or return back to the court I would be arrest
t there humilitari was Abused Verbally and threat by both IDA and of
oss. I left Called 311 and 311 gave my he # for the Inspector genera
I Called and left took the Btrain to 26 Broadway @call St. then I left
: notes required field(s).  be truly Fireedom was threaty

New York City Comptroller
John C. Liu

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**Medical Information**

1st Treatment Date: 11/2013                    *Format: MM/DD/YYYY.*

Hospital/Name:

Address:

Address 2:

City:

State:

Zip Code:

Date Treated in                    *Format: MM/DD/YYYY.*
Emergency Room:

Was claimant taken to hospital by an ambulance?          ○ Yes  ○ No  ○ NA

**Employment Information (If claiming lost wages)**

Employer's Name:

Address

Address 2:

City:

State:

Zip Code:

Work Days Lost:

Amount Earned
Weekly:

**Treating Physician Information**

Last Name:

First Name:

Address:

Address 2:

City:

State:

Zip Code:

* Denotes required field(s).

*Page 3 of 5*

New York City Comptroller
John C. Liu

Office of the New York City Comptroller
1 Centre Street
New York, NY 1000

**Complete if claim involves a NYC vehicle**

**Owner of vehicle claimant was traveling in**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

**Non-City vehicle driver**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

**Insurance information**

Insurance Company Name:
Address
Address 2:
City:
State:
Zip Code:
Policy #:
Phone #:

**Non-City vehicle information**

Make, Model, Year of Vehicle:
Plate #:
VIN #:

**City vehicle information**

Plate #:
City Agency Involved:
City Driver Last Name:
City Driver First Name:

**Description of claimant:**
○ Driver   ○ Passenger
○ Pedestrian   ○ Bicyclist
○ Motorcyclist   ● Other

**\*Total Amount Claimed:**   Format: Do not include "$" or ","

1/17/2012

Date   JAN 1 7 2013

Signature of Claimant

State of New York
County of

I, _____ being duly sworn depose and say that I have read the foregoing NOTICE OF CLAIM and know the contents thereof: that same is true to the best of my own knowledge, except as to the matter here stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

Signature of Claimant

Sworn before me this day _____ JAN 1 7 2013

Signature of notary

JASMINE J. VADEN
Notary Public, State of New York
Reg. No. 01VA6133207

**\*Denotes required field(s).**

Page 5 of 5

State of New York
Court of Claims
_____

DIN No. _____, Claimant,

*Nan Ferree*

v.

Affidavit in Support of Application
Pursuant to CPLR 1101 (f)

Claim No.

The State of New York, *and the*

*The Court Branch Officer @ 111 Centre St*

*officer jail branch it a z her supervisor*

Defendant.

State of New York        )
                         ) ss:
County of __*NYC*__      )

I, __*Nan Ferree*__, being duly sworn, hereby declare as follows:

1) I am the claimant in this proceeding, I am an inmate in a federal, state or local correctional facility (state place of incarceration: _____), and I submit this affidavit to support my application for a reduction of the filing fee.

2) I currently receive income from the following sources, not including correctional facility wages:

_____

_____

3) I own the following valuable property (other than miscellaneous personal property):

☑ NONE

☐ List property:                    Value:

_____        _____

_____        _____

_____        _____

_____        _____

4) I have no savings, property, assets or income other than as listed above.

5) I am unable to pay the filing fee necessary to prosecute this proceeding.

6) No other person who is able to pay the filing fee has a beneficial interest in the result of this proceeding.

7) The facts of my case are described in my claim and other papers filed with the court.

8) I have made no other request for this relief in this case.

(signature)

RICHARD B. MINOR
Notary Public, State of New York
Reg. No. 04MI6147382
Qualified in New York County
Commission Expires June 5, 20 14

Sworn to before me this 25 day of ___Feb 2013___

Notary Public

## AUTHORIZATION

I, _____, inmate number _____, request and authorize the agency holding me in custody to send to the Clerk of the Court of Claims certified copies of the correctional facility trust fund account statement (or the institutional equivalent) for the past six months.

I further request and authorize the agency holding me in custody to deduct the filing fee from my correctional facility trust fund account (or the institutional equivalent) and to disburse those amounts as instructed by the Court of Claims.

This authorization is given in connection with this claim and shall apply to any agency into whose custody I may be transferred.

I UNDERSTAND THAT THE ENTIRE FILING FEE AS DETERMINED BY THE COURT OF CLAIMS WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY CORRECTIONAL FACILITY TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.

(signature)

STATE OF NEW YORK
ATTORNEY GENERAL
MANAGING CLERK'S OFFICE
RECEIVED
2014 MAR 14 PM 3: 56

Here's the pictures
you requested, I mail
them out and am
dropping off a copy(es)!

[Instructions: a Notice of Petition and Verified Petition, an Order to Show Cause and Verified Petition or
Notice, a Notice of Petition and Verified Petition, an Order to Show Cause and Verified Petition or
Subpoena. **Print** to fill in the spaces next to the instructions.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

_Alan - Terro_ _____x    Index Number _____

[fill in names(s)]                    Plaintiff(s)/Petitioner(s)

_Landlord o. tenant Court_             **AFFIDAVIT OF SERVICE**
            -against-                   of INITIATING PAPERS

_Police Officer @ 111 Centre St Area Nae Brando IDa Lei Supri_

[fill in names(s)                    Defendant(s)/Respondent(s)
_____x

STATE OF NEW YORK
COUNTY OF _NYC_          ss:

      I, _Alan Terro_ _____, [name of person who served papers],
being duly sworn, depose and say:

      I am over 18 years of age and am not a party to this case.
      I reside at [your address] _2759 Webster Av @ L69. Bronx Nyc 10458_
On _Feb 27_, 200 _3_ [date of service], at _3:15_ AM/PM [time of day], I served the
attached papers [identify papers served] _I personally delivered those attac_
_papers to the State attorney General in Harlem at 163 w. 125st Sute 130_
on the defendant in this case. The address of the place where the papers were served is [location where _Nyc 100._
papers served] _163 W. 125st Suite 1394 Nyc 10027. State Attorney gene_
      I served the papers in the manner indicated below: [check box that applies]: _In Harlem_

1) ☑ _Individual_     By delivering a true copy of each to the defendant personally. I knew the person
                      served to be the person named in those papers because [**How did you know**
                      **defendant?**] _____
                      _____ [Fill out description of defendant on page 2].

2) ☐ _Corporation_    _____ [name of
                      business], a domestic corporation, by delivering a true copy of each to [Identify
                      person served] _____ [Fill out
                      description of person on page 2], who is [identify his/her job title] _____
                      _____. I knew the corporation to be that listed in
                      the papers served and I knew the title of person named above and that he/she was
                      authorized to accept service.

This form is unofficial and provided primarily for pro se litigants. It should be completed in accordance with the substantive pleading requirements of Court of Claims Act section 11(b).

**State of New York**
**Court of Claims**

_____

_Von Ferrie_                                    Claimant(s)

_____                                 **Claim**

_The court police officer @ 111 Centre st ny c_

_officer name Brando ID a her_     Defendant(s)

_supervisor_

1. The post office address of the claimant (you) is _2759 Webster av #1 c_

_Bronx NY 10452  10458_

2. This claim arises from the acts or omissions of the defendant. Details of said acts or omissions are as follows (be specific): _please read attachments_

_please read attachments_

3. The place where the act(s) took place is (be specific): _____

_____

4. This claim accrued on the _17_ day of _January_, _2013_ at _11:40_ o'clock. _AM between 10AM_

Notice, a Notice of Petition and Verified Petition, an Order to Show Cause and Verified Petition or Subpoena. Print to fill in the spaces next to the instructions.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
_____x

*Hon Perez*

[fill in names(s)]          Plaintiff(s)/Petitioner(s)

Index Number _____

-against-

*Landlord & Tenant Court*
*Police Officer @ Centro St Office Hrs* *Brandon FDA Inc Supe*

[fill in names(s)]          Defendant(s)/Respondent(s)
_____x

AFFIDAVIT OF SERVICE
of INITIATING PAPERS

STATE OF NEW YORK
COUNTY OF *NYC* _____ ss:

I, *Alon Ligre* _____, [name of person who served papers], being duly sworn, depose and say:

I am over 18 years of age and am not a party to this case.

I reside at [your address] *2759 Webster Av #L69 Bronx NYC 11463*

On *Feb 27*, 20013 [date of service], at *3:35* AM / PM [time of day], I served the attached papers [identify papers served] *personally delivered the attached papers to the State attorney general in hand at 1634 1355t Suite* on the defendant in this case. The address of the place where the papers were served is [location where papers served] *163 W 1355t Suite 1354 NYC 10027 State Attorney in Hand*

☒ I served the papers in the manner indicated below: [check box that applies]:

1) ☐ **_Individual_**    By delivering a true copy of each to the defendant personally. I knew the person served to be the person named in those papers because [How did you know defendant?] _____
_____ [Fill out description of defendant on page 2].

2) ☐ **_Corporation_**    _____ [name of business], a domestic corporation, by delivering a true copy of each to [identify person served] _____ [Fill out description of person on page 2], who is [identify his/her job title] _____ _____. I knew the corporation to be that listed in the papers served and I knew the title of person named above and that he/she was authorized to accept service.

This form is unofficial and provided primarily for pro se litigants. It should be completed in accordance with the substantive pleading requirements of Court of Claims Act section 11(b).

**State of New York**
**Court of Claims**

_____

Won Fennie
_____
                                    Claimant(s)

The court Police officer @ 111 Centre st ny c **Claim**
officer Name Brenda DD a 2 Her _____ Defendant(s)
Supervisor
_____

    1. The post office address of the claimant (you) is 2759 Webster av Apt 1,
Bronx Nyc 10452 10458

    2. This claim arises from the acts or omissions of the defendant. Details of said acts or omissions are as follows (be specific): _____ attachments
_____
Please Read attachments
_____
See attachments
_____
_____
_____
_____
_____
_____
_____
_____
_____

    3. The place where the act(s) took place is (be specific): _____
_____

    4. This claim accrued on the 17 day of January, 2013 at 11:46 Between o'clock. 10 A

5. Identify the items of damage or injuries claimed to have been sustained:

_____

_____

_____

_____

6. **(Check appropriate box):**

☑ This Claim is served and filed within **90 days of accrual.**
OR

☐ A **Notice of Intention to File a Claim** was served on _____, which was within 90 days of accrual.
OR

☐ This is a claim by a correctional facility inmate to recover damages for injury to or loss of personal property and it is served and filed within **120 days of the exhaustion of claimant's administrative remedies.**

By reason of the foregoing, Claimant was damaged in the amount of $_____, and Claimant demands judgment against the Defendant(s) for said amount.

_____
Claimant

## VERIFICATION

STATE OF NEW YORK      ) ss:
COUNTY OF _____ )

_____, being duly sworn, deposes and says that deponent is the Claimant in the within action; that deponent has read the foregoing Claim and knows the contents thereof; that the same is true to deponent's own knowledge, except as to matters therein stated to be alleged upon information and belief, and that as to those matters, deponent believes it to be true.

_____

Sworn to before me this _____ day
of _____, _____.

_____
Notary Public, State of New York

SERVICE AND FILING INSTRUCTIONS

You must serve a copy of the claim in accordance with Court of Claims Act section 11(a) and you must file the original and two copies, with proof of service, and the filing fee of $50.00 or an application for waiver or reduction of the filing fee, with the Clerk of the Court of Claims.

**FAILURE TO EFFECT PROPER AND TIMELY SERVICE AND FILING MAY RESULT IN DISMISSAL OF YOUR CLAIM**

**New York State Court of Claims**
**Justice Building, P.O. Box 7344**
**Albany, New York 12224**
**(518) 432-3411**

State of New York
Court of Claims

_____

_____

_____

*Nan Ferrie*                          Claimant(s)

v.

*The court Police officers*           Affidavit of Service

*officer Nane Brando I Do & her super*   Claim No. _____ @ *111 Central St*
                                      Defendant(s)          Assigned Judge: _____
                                                            *Wilin*

State of New York          }
County of *NYC*            } ss.:

*Nan Ferrie*                being duly sworn, deposes and says:

I am over the age of eighteen (18) years, and on _____, 20___, I served a true copy of the attached *Non +* _____ in the following manner:

**(For a Claims):** *Claim form against Police office*

☐ by mailing it in a sealed envelope, **certified mail, return receipt requested**, with postage prepaid, in a post office or official depository of the United States Postal Service  within the State of New York, addressed to the last known address of the addressee as follows:




**OR**

☐ by delivering it to the following person(s) at the address(es) indicated below:




**(For a Notice of Motion and Supporting Papers):**

☐ by mailing them in a sealed envelope, with postage prepaid, in a post office or official depository of the United States Postal Service within the State of New York, addressed to the last known address of the addressee as follows:



_____
(Signature)

Sworn to before me this *25TH* day
of *February*, 200*9*

_____
Notary Public

RICHARD B. MINOR
Notary Public, State of New York
Reg. No. 04MI6147382
Qualified in New York County
Commission Expires June 8, 20*14*



THE CITY OF NEW YORK
OFFICE OF THE COMPTROLLER
CLAIMS AND ADJUDICATIONS
1 CENTRE STREET  ROOM 1200
NEW YORK, N.Y.  10007-2341

WWW.COMPTROLLER.NYC.GOV

Michael Aaronson
Chief, Bureau of Law and
Adjustment

015 - 151

John C. Liu

COMPTROLLER

Date:      01/22/2013
Claim No:  2013PI002073
RE:        Acknowledgment of Claim

NAN TERRIE
2759 WEBSTER AV APT L69
BRONX, NY 10456

Dear Claimant:

    We acknowledge receipt of your claim, which has been assigned the claim number shown
above. Please refer to this claim number in any correspondence or inquiry you may have with our
office.

    We will do our best to investigate and, if possible, settle your claim. However, if we are
unable to resolve your claim, **any lawsuit against the City must be started within one year and
ninety days from the date of the occurrence.**

    If you have any questions regarding your claim, you may contact us at either 212-669-8750
for property damage claims or 212-669-4445 for claims involving personal injury.

                                        Sincerely,
                                        Michael Aaronson

This form is unofficial and provided primarily for pro se litigants. It should be completed in accordance with the
substantive pleading requirements of Court of Claims Act section 11(b).

**State of New York**
**Court of Claims**

_____

Nan Ferrie

Claimant(s)

The court Police officer @ 111 Centre st ny c
officer Name Brenda JD a the                    **Claim**
Supervisor                                        Defendant(s)

1. The post office address of the claimant (you) is 2759 Webster av Ap t
Bronx nyc ~~10452~~ 10458

2. This claim arises from the acts or omissions of the defendant. Details of said acts or
omissions are as follows (be specific):

please read attachments
No attachments

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

3. The place where the act(s) took place is (be specific): _____
_____
_____

4. This claim accrued on the _17_ day of _January_, _2013_ at _11:45_ Between AM o'clock. PM

5. Identify the items of damage or injuries claimed to have been sustained:

_____

_____

_____

_____

6. **(Check appropriate box):**

☑ This Claim is served and filed within **90 days of accrual.**
    **OR**

☐ A **Notice of Intention to File a Claim** was served on _____, which was within 90 days of accrual.
    **OR**

☐ This is a claim by a correctional facility inmate to recover damages for injury to or loss of personal property and it is served and filed within **120 days of the exhaustion of claimant's administrative remedies.**

By reason of the foregoing, Claimant was damaged in the amount of $_____, and Claimant demands judgment against the Defendant(s) for said amount.

_____
Claimant

## VERIFICATION

STATE OF NEW YORK        ) ss:
COUNTY OF _____ )

_____, being duly sworn, deposes and says that deponent is the Claimant in the within action; that deponent has read the foregoing Claim and knows the contents thereof; that the same is true to deponent's own knowledge, except as to matters therein stated to be alleged upon information and belief, and that as to those matters, deponent believes it to be true.

_____

Sworn to before me this _____ day
of _____, _____.

_____
Notary Public, State of New York

SERVICE AND FILING INSTRUCTIONS

You must serve a copy of the claim in accordance with Court of Claims Act section 11(a) and you must file the original and two copies, with proof of service, and the filing fee of $50.00 or an application for waiver or reduction of the filing fee, with the Clerk of the Court of Claims.

**FAILURE TO EFFECT PROPER AND TIMELY SERVICE AND FILING MAY RESULT IN DISMISSAL OF YOUR CLAIM**

New York State Court of Claims
Justice Building, P.O. Box 7344
Albany, New York 12224
(518) 432-341-

State of New York
Court of Claims

_____

_____

_____

Nan Terrie

*Claimant(s)*

v.

**Affidavit of Service**

The Court Police Officers

Claim No. _____

Officer Nane Brando I Da : her super within
 III Central

*Defendant(s)*

Assigned Judge: _____

_____

State of New York
County of     NYC     ) ss:

Nan terri , being duly sworn, deposes and says:

I am over the age of eighteen (18) years, and on _____, 20___, I served a true copy of the
attached     Nan t     _____ in the following manner:

**(For a Claim):** Claim form against Police off

☑ **by mailing it** in a sealed envelope, **certified mail, return receipt requested**, with postage prepaid, in a post
office or official depository of the United States Postal Service within the State of New York, addressed to
the last known address of the addressee as follows:

**OR**

☐ **by delivering it** to the following person(s) at the address(es) indicated below:

**(For a Notice of Motion and Supporting Papers):**

☐ by mailing them in a sealed envelope, with postage prepaid, in a post office or official depository of the
United States Postal Service within the State of New York, addressed to the last known address of the
addressee as follows:

_____
*(Signature)*

Sworn to before me this 23th day
of  February , 2014

_____
Notary Public

RICHARD B. MINOR
Notary Public, State of New York
Reg. No. 04MI6147382
Qualified in New York County

New York City Comptroller
John C. Liu

Office of the New Y

Form Version: N

# Personal Injury Claim Form

Claim must be filed in person or by registered or certified mail within 90 days of the occurrence at the
Comptroller's Office, 1 Centre Street, Room 1225, New York, New York 10007. It must be notarized. If
not resolved within 1 year and 90 days of the occurrence, you must start legal action to preserve you
TYPE OR PRINT

I am filing: ⦿ On behalf of myself.

○ On behalf of someone else. If on someone else's
behalf, please provide the following information.

○ Attorney is filing.

**Attorney Information (If claimant is rep**

| | |
|---|---|
| Last Name: | Terrro |
| First Name: | Nan |
| Relationship to the claimant: | self; Working group Members |

Firm or Last Name:
Firm or First Name:
Address:
Address 2:
City:
State:
Zip Code:
Tax ID:
Phone #:
Email Address:

## Claimant Information

| | |
|---|---|
| *Last Name: | Terrro |
| *First Name: | Nan |
| Address: | 2759 Webster Av #69 |
| Address 2: | |
| City: | Bronx |
| State: | NYC |
| Zip Code: | 10458 |
| Country: | Bronx |
| Date of Birth: | 11/19/91  Format: MM/DD/YYYY |
| Soc. Sec. # | 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 |
| HICN: (Medicare #) | |
| Date of Death: | Format: MM/DD/YYYY |
| Phone: | (701) 484-1993 |
| Email Address: | # Peacefulnan@yahoo.com |
| Occupation: | Student |
| City Employee? | ○ Yes  ○ No  ⦿ NA   Not Court business |
| Gender | ○ Male  ○ Female  ⦿ Other |

## City Agency(s) Involved

City Agency Involved 1:
City Agency Involved 2:
City Agency Involved 3:

*Denotes required field(s).

I Nan Terrie Suing the Court Po
at 111 Centre St nyc for viola
my Constitutional rights this M
between 10A - 11.45 Am w

New York City Comptroller
John C. Liu

Office of the New York City Comptrol
1 Centre Stre
New York, NY 100

**The time and place where the claim arose**

*Date of Incident: 1/17/2013   Format: MM/DD/YYYY

Time of Incident: Between 10:A   Format: HH:MM AM/PM

*Location of Incident: 111 Centre St. Housing Court

Address:
Address 2:
City:
State:
Borough:

*Manner in which claim arose:

Attach extra sheet(s) if more room is needed.

I Nan terile was a witness to one of my walking group member housing court hearing. I was laked for court, w arrived I waited in line to be called; when got there th ffe by the name of Brando IDa according to what her Su vison told me her name is, then got at the table I Dc Brando asked me if I have anyell on told her I have n now pant that's have a metal building belt on than she to ld me you have to take your pant of '' I look at her Like she's crazy I Put its down on the table, then I walk thru the [body as I thought me and pant to get-down hand searched me since she machine, fing Brand I ignored her and told her I don't want to be touch. she then told me to un-zo coat and jacket I did then she touch me in my stomach I pushed her ha ld her I don't want to be touch she pushing her evil hand search, agenda d lder as I pointed to you can used that black thing that yeah used to lls lle but I don't want to be touch she then grob my shirt, to lel me to unbut shirt, I did then she hold the shirt in one side push it up exposed my le when she did that I Started Raise my voice, I was been violet my const lle was token away from me that two then out of No where those and

walked and saw me pretty upset and one of them they tre s when Schni s many big her boss came and told me to low pice and start cursing I told him your worker Just disrespect by toching me, then he told me well, she was in the corner I he verything told him yvin a liar, that her boss start telling four In a very disispectful manner Life it was a 2 year old told M

Attach extra sheet(s) if more room is needed.

stop talking to me Like I an ahzelleaning ABC, he then told me to ive the court if I don't or return back to the court I would be anth est there, then my targ was abused verbally and threat by both IDa a i boss. I left Called 311 and 311 save by the ef for the Inspector generic le I Callid and left took the train th. th Brander DD all of th an t

State of New York
Court of Claims

_____
DIN No. _____, Claimant,

*Nar Fennie*

v.

Affidavit in Support of Application
Pursuant to CPLR 1101 (f)

Claim No.

The State of New York, *Police Officer @ 111 Centre St Ny*
*the Court Branch*
*officer name Branch # Bai her Supervisor*, Defendant.

State of New York          )
                           ) ss:
County of _____*NYC*_____ )

I, _____*Nar Fennie*_____, being duly sworn, hereby declare as follows:

1) I am the claimant in this proceeding, I am an inmate in a federal, state or local correctional facility (state place of incarceration: _____), and I submit this affidavit to support my application for a reduction of the filing fee.

2) I currently receive income from the following sources, not including correctional facility wages:

_____

_____

3) I own the following valuable property (other than miscellaneous personal property):

☑ NONE

☐ List property:                    Value:

_____     _____

_____     _____

_____     _____

_____     _____

4) I have no savings, property, assets or income other than as listed above.

5) I am unable to pay the filing fee necessary to prosecute this proceeding.

6) No other person who is able to pay the filing fee has a beneficial interest in the result of this proceeding.

7) The facts of my case are described in my claim and other papers filed with the court.

8) I have made no other request for this relief in this case.

_____
(signature)

RICHARD B. MINOR
Notary Public, State of New York
Reg. No. 04MI6147382
Qualified in New York County
Commission Expires June 5, 20 14

Sworn to before me this 22 day of _feb_, 2013

_____
Notary Public

## AUTHORIZATION

I, _____, inmate number _____, request and authorize the agency holding me in custody to send to the Clerk of the Court of Claims certified copies of the correctional facility trust fund account statement (or the institutional equivalent) for the past six months.

I further request and authorize the agency holding me in custody to deduct the filing fee from my correctional facility trust fund account (or the institutional equivalent) and to disburse those amounts as instructed by the Court of Claims.

This authorization is given in connection with this claim and shall apply to any agency into whose custody I may be transferred.

I UNDERSTAND THAT THE ENTIRE FILING FEE AS DETERMINED BY THE COURT OF CLAIMS WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY CORRECTIONAL FACILITY TRUST FUND ACCOUNT, EVEN IF MY CASE IS DISMISSED.

_____
(signature)

Office of the New York City Comp
1 Centre
New York, NY

**New York City Comptroller**
John C. Liu

**Medical Information**

| | |
|---|---|
| 1st Treatment Date: | 11/2013 Format: MM/DD/YYYY |
| Hospital/Name: | |
| Address: | Inspection after |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Date Treated in Emergency Room: | Format: MM/DD/YYYY |

Was claimant taken to hospital by an ambulance?   ○ Yes   ○ No   ○ NA

**Employment Information (if claiming lost wages)**

| | |
|---|---|
| Employer's Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Work Days Lost: | |
| Amount Earned Weekly: | |

**Treating Physician Information**

| | |
|---|---|
| Last Name: | |
| First Name: | N/A |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

* Denotes required field(s)

New York City Comptroller
John C. Liu

Office of the New York City Comptroller
1 Centre Street
New York, NY 1000

**The time and place where the claim arose**

*Date of Incident: 11/17/2013 Format: MM/DD/YYYY

Time of Incident: Between 10 A - 11 A Format: HH:MM AM/PM

*Location of Incident:
111 Centre St.
Housing Court

Address:
Address 2:
City:
State:
Borough:

*Manner in which claim arose:

Attach extra sheet(s) if more room is needed.

# Nan te.tile was a witness to one of my walking group member housing Court hearing. I was asked for court. we arrived I waited in line to be called; when got there the office by the name of Brando IDa according to what her supervison told me her name is, told 1st got at the table IDa Brando asked me if I have a angle on to hold her I have me now pant that's have a metal building belt on than she told me you have to take your pant of "I look at her like she's crazy I put itf's down on the table then I walk thru the [scans] ring Brando me and point to get down hand searched me since she had to told me she want I ignored her and told her I don't want to be touch. she then told me to un-zip coat and Jacket I did when She touch me in my stomach I pushed her hand older as I pointed to you Can used that black thing that yeah used to be her but I don't want to be touch. she then grob My shirt, told me to unbut shirt, I did then, she hold the shirt in one side push it up exposed my le when she did that I started raising my voice, I was been wroke my cost...

**The items of damage or injuries claimed are (include dollar amounts):**

Attach extra sheet(s) if more room is needed.

...his Luberg Schnis many her boss came and told me to lower ...ice and start cursing I told him your worker Just disrespect me by touching me, then he told me, well give's in the coprein I h everything told him you'r a liar, that her boss start to Kinston In a very disrespctful manner Like i was a 2 year old told him stop talking to me Like I'm a retard learn ABC, he then told me to ...le the Count if I don't or Return back to the court I would be arres ...eft there. Humiliating, was abused verbally and threat by both IDQa ...boss. I left called 311 and 311 save my the of for the Inspector gene...



New York City Comptroller
John C. Liu

**Medical Information**

1st Treatment Date: 11/5/2013          Format: MM/DD/YYYY

Hospital/Name:

Address:

Address 2:

City:

State:

Zip Code:

Date Treated in          Format: MM/DD/YYYY
Emergency Room:

Was claimant taken to hospital by an ambulance?          ○ Yes   ○ No   ○ NA

**Employment Information (if claiming lost wages)**

Employer's Name:

Address

Address 2:

City:

State:

Zip Code:

Work Days Lost:

Amount Earned
Weekly:

**Treating Physician Information**

Last Name:

First Name:

Address:

Address 2:

City:

State:

Zip Code:

New York City Comptroller
John C. Liu

1 Centr
New York, NY

**Witness 1 Information**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

**Witness 2 Information**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

**Witness 3 Information**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

**Witness 4 Information**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

**Witness 5 Information**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

**Witness 6 Information**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

* Denotes required field(s).

Pag

New York City Comptroller
John C. Liu

Office of the New York City Co
1 Cen
New York, N

**Complete if claim involves a NYC vehicle**

**Owner of vehicle claimant was traveling in**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Non-City vehicle driver**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Insurance Information**

| | |
|---|---|
| Insurance Company Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Policy #: | |
| Phone #: | |

**Non-City vehicle information**

| | |
|---|---|
| Make, Model, Year of Vehicle: | |
| Plate #: | |
| VIN #: | |

**City vehicle information**

| | |
|---|---|
| Plate #: | |
| City Agency Involved: | |
| City Driver Last Name: | |
| City Driver First Name: | |

**Description of claimant:**   ○ Driver   ○ Passenger   ○ Pedestrian   ○ Bicyclist   ○ Motorcyclist   ○ Other

***Total Amount Claimed:** *Format: Do not include "$" or ","*

1/17/2012

Date   JAN 17 2013

State of New York
County of _____

I, _____ being duly sworn depose and say that I have read the foregoing NOTICE OF CLAIM and know the contents thereof: that same is true to the best of my own knowledge, except as to the matter here to be alleged upon information and belief, and as to those matters. I believe them to be true.

Sworn before me this day _____   JAN 17 2013

Signature of Claimant _____

Signature of notary _____

JASMINE J. VADEN
Notary Public, State of New York
Reg. No. 01VA6132201

***Denotes required field(s).**

Page .

State of New York
Court of Claims
_____

DIN No. _____, Claimant,

*Nan Fennie*

v.                                          Affidavit in Support of Application
                                            Pursuant to CPLR 1101 (f)

                                            Claim No.
The State of New York, Police Officer @ 111 Centre St ny
the Court Branch #3 a Police Officer
Officer Place Brench #3 a 2 her Supervisor
                        Defendant.

State of New York          )
                           )  ss:
County of __NYC__          )

I, __Nan Fennie__, being duly sworn, hereby declare as follows:

1) I am the claimant in this proceeding, I am an inmate in a federal, state or local correctional facility (state place of incarceration: _____), and I submit this affidavit to support my application for a reduction of the filing fee.

2) I currently receive income from the following sources, not including correctional facility wages:

_____

_____

3) I own the following valuable property (other than miscellaneous personal property):

☑ NONE

☐ List property:                              Value:

_____            _____

_____            _____

_____            _____

_____            _____

4) I have no savings, property, assets or income other than as listed above.

5) I am unable to pay the filing fee necessary to prosecute this proceeding.

6) No other person who is able to pay the filing fee has a beneficial interest in the result of this proceeding.

7) The facts of my case are described in my claim and other papers filed with the court.

8) I have made no other request for this relief in this case.

_____
(signature)

Sworn to before me this ___ day of _feb, 2013_

_____
Notary Public

RICHARD B. MINOR
Notary Public, State of New York
Reg. No. 04MI6147382
Qualified in New York County
Commission Expires June 5, 20__

## AUTHORIZATION

I, _____, inmate number _____, request and authorize the agency holding me in custody to send to the Clerk of the Court of Claims certified copies of the correctional facility trust fund account statement (or the institutional equivalent) for the past six months.

I further request and authorize the agency holding me in custody to deduct the filing fee from my correctional facility trust fund account (or the institutional equivalent) and to disburse those amounts as instructed by the Court of Claims.

This authorization is given in connection with this claim and shall apply to any agency into whose custody I may be transferred.

I UNDERSTAND THAT THE ENTIRE FILING FEE AS DETERMINED BY THE COURT OF CLAIMS WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY CORRECTIONAL FACILITY TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.

_____
(signature)

State of New York
Court of Claims

*Nan Ferrie*                          Claimant(s)

v.                                    **Affidavit of Service**

*The Court Police officer*            Claim No. _____

*Afficer None Brands I Da i We Supervision*   Defendant(s)   Assigned Judge:

State of New York
County of *NYC* )ss:

*Nan Ferrie* being duly sworn, deposes and says:

I am over the age of eighteen (18) years, and on _____ , 20____, I served a true copy of the
attached *Nan t* _____ in the following manner:

**(For a Claim):** *Claim form against Police office*

☑ **by mailing it in a sealed envelope, certified mail, return receipt requested, with postage prepaid, in a post
office or official depository of the United States Postal Service within the State of New York, addressed to
the last known address of the addressee as follows:**

**OR**

☐ by delivering it to the following person(s) at the address(es) indicated below:

(For a Notice of Motion and Supporting Papers):

☐ by mailing them in a sealed envelope, with postage prepaid, in a post office or official depository of the
United States Postal Service within the State of New York, addressed to the last known address of the
addressee as follows:

_____
(Signature)

Sworn to before me this _____ day
of _____ , 200__

_____
Notary Public

RICHARD B. MINOR
Notary Public, State of New York
Reg. No. 04MI6147382
Qualified in New York County

State of New York
Court of Claims

_Nan ferrie_

                      Claimant(s)

                  v.

**Affidavit of Service**

_The court Police officer_

        Claim No.

_officer Noel Brands I Da & his supervisor_

Assigned Judge:

                 Defendant(s)

State of New York    }
County of _NYC_      }ss.:

_Nan ferrie_      being duly sworn, deposes and says:

I am over the age of eighteen (18) years, and on _____, 20___, I served a true copy of the attached _Nan +_ in the following manner:

**(For a Claim):** _Claim form against Police office_

☐ by mailing it in a sealed envelope, certified mail, return receipt requested, with postage prepaid, in a post office or official depository of the United States Postal Service within the State of New York, addressed to the last known address of the addressee as follows:

**OR**

☐ by delivering it to the following person(s) at the address(es) indicated below:

**(For a Notice of Motion and Supporting Papers):**

☐ by mailing them in a sealed envelope, with postage prepaid, in a post office or official depository of the United States Postal Service within the State of New York, addressed to the last known address of the addressee as follows:

_Nan ferrie_

(Signature)

Sworn to before me this _25th_ day
of _February_ 20___

_Richard B. Minor_

Notary Public

RICHARD B. MINOR
Notary Public, State of New York
Reg. No. 04MI6147382
Qualified in New York County

5. Identify the items of damage or injuries claimed to have been sustained:

_____

_____

_____

_____

6.  (Check appropriate box):

☑  This Claim is served and filed within **90 days of accrual.**

OR

☐  **A Notice of Intention to File a Claim was served on** _____, which was within 90 days of accrual.

OR

☐  This is a claim by a correctional facility inmate to recover damages for injury to or loss of personal property and it is served and filed within **120 days of the exhaustion of claimant's administrative remedies.**

By reason of the foregoing, Claimant was damaged in the amount of $_____, and Claimant demands judgment against the Defendant(s) for said amount.

_____
Claimant

## VERIFICATION

STATE OF NEW YORK     ) ss:
COUNTY OF  N.y.          )

_Nan terrie_ , being duly sworn, deposes and says that deponent is the Claimant in the within action; that deponent has read the foregoing Claim and knows the contents thereof; that the same is true to deponent's own knowledge, except as to matters therein stated to be alleged upon information and belief, and that as to those matters, deponent believes it to be true.

_____

Sworn to before me this  5  day
of _November_, 2013.

_Delores Green_
Notary Public, State of New York

**DELORES GREEN**
Notary Public, State of New York
No. 31-4527811
Qualified in New York County
Commission Expires _Aug 31, 2014_

### SERVICE AND FILING INSTRUCTIONS

You must serve a copy of the claim in accordance with Court of Claims Act section 11(a) and you must file the original and two copies, with proof of service, and the filing fee of $50.00 or an application for waiver or reduction of the filing fee, with the Clerk of the Court of Claims.

FAILURE TO EFFECT PROPER AND TIMELY SERVICE AND FILING MAY RESULT IN DISMISSAL OF YOUR CLAIM

New York State Court of Claims
Justice Building, P.O. Box 7344
Albany, New York 12224
(518) 432-3411

This form is unofficial and provided primarily for pro se litigants. It should be completed in accordance with the
substantive pleading requirements of Court of Claims Act section 11(b).

## State of New York
## Court of Claims

_Nan Ferrie_ _____

Claimant(s)

_the Court "Police" officer @ 111 Centre st ny c_
_officer Name Brenda III + a her_   Defendant(s)

_Supervisor_

**Claim**

1. The post office address of the claimant (you) is _2759 Webster Av N_
_Bronx nyc 10452  10458_

2. This claim arises from the acts or omissions of the defendant.  Details of said acts or
omissions are as follows (be specific):

_Please read attachments_
_no attachments_

3. The place where the act(s) took place is (be specific): _____

4. This claim accrued on the _17_ day of _January, 2013_ at _11:44_ o'clock. _between 10 A_

5. Identify the items of damage or injuries claimed to have been sustained:

_____
_____
_____
_____

6.  (Check appropriate box):

☑ This Claim is served and filed within **90 days of accrual**.
            OR
☐ A Notice of Intention to File a Claim was served on _____, which was within 90 days of accrual.
            OR
☐ This is a claim by a correctional facility inmate to recover damages for injury to or loss of personal property and it is served and filed within **120 days of the exhaustion of claimant's administrative remedies.**

By reason of the foregoing, Claimant was damaged in the amount of $_____, and Claimant demands judgment against the Defendant(s) for said amount.

_____
Claimant

### VERIFICATION

STATE OF NEW YORK ) ss:
COUNTY OF _Ny_ )

_____, being duly sworn, deposes and says that deponent is the Claimant in the within action; that deponent has read the foregoing Claim and knows the contents thereof; that the same is true to deponent's own knowledge, except as to matters therein stated to be alleged upon information and belief, and that as to those matters, deponent believes it to be true.

_____

Sworn to before me this _____ day
of _____, _____.

_____
Notary Public, State of New York

### SERVICE AND FILING INSTRUCTIONS

You must serve a copy of the claim in accordance with Court of Claims Act section 11(a) and you must file the original and two copies, with proof of service, and the filing fee of $50.00 or an application for waiver or reduction of the filing fee, with the Clerk of the Court of Claims.

**FAILURE TO EFFECT PROPER AND TIMELY SERVICE AND FILING MAY RESULT IN DISMISSAL OF YOUR CLAIM**

**New York State Court of Claims
Justice Building, P.O. Box 7344
Albany, New York 12224
(518) 432-3411**

State of New York
Court of Claims

_____

_____

_Nan Ferrie_                    Claimant(s)

                v.

_The Court Police Officers_     **Affidavit of Service**
                                Claim No.
_Officer Noel Bravdo ID a + his Supervisor_   Assigned Judge: _111 Central St_
                                Defendant(s)

_____

State of New York
County of _NYC_ )ss:

_Nan Ferrie_ Being duly sworn, deposes and says:

I am over the age of eighteen (18) years, and on _____, 20____, I served a true copy of the
attached _Nan F_ in the following manner:

**(For a Claim):** _Claim form against Police office_

☐ **by mailing it in a sealed envelope, certified mail, return receipt requested,** with postage prepaid, in a post
office or official depository of the United States Postal Service within the State of New York, addressed to
the last known address of the addressee as follows:

**OR**

☐ **by delivering it** to the following person(s) at the address(es) indicated below:

**(For a Notice of Motion and Supporting Papers):**

☐ by mailing them in a sealed envelope, with postage prepaid, in a post office or official depository of the
United States Postal Service within the State of New York, addressed to the last known address of the
addressee as follows:

_____
                                (Signature)

Sworn to before me this _23rd_ day
of _February_ 20__

_____
        Notary Public

        RICHARD B. MINOR
        Notary Public, State of New York
        Reg. No. 01MI6147382
        Qualified in New York County
        Commission Expires June 5, 20_14_

executed original transcript within sixty (60) days will permit its use for all purposes as though signed.   This office will accept no corrections, additions or deletions to the testimony contained in the enclosed transcript after the expiration of the sixty (60) day period demanded herein without an order of the court directing same.

Thank you for your courtesy and cooperation in this matter.

Very truly yours,

JOHN M. HUNTER
Assistant Attorney General

JMH:mj

Enclosure

5. Identify the items of damage or injuries claimed to have been sustained:

_____

_____

_____

_____

6. **(Check appropriate box):**

☑ This Claim is served and filed within **90 days of accrual.**
      OR

☐ **A Notice of Intention to File a Claim was served on** _____, which was within 90 days of accrual.
      OR

☐ This is a claim by a correctional facility inmate to recover damages for injury to or loss of personal property and it is served and filed within **120 days of the exhaustion of claimant's administrative remedies.**

By reason of the foregoing, Claimant was damaged in the amount of $_____, and Claimant demands judgment against the Defendant(s) for said amount.

_____
                                                Claimant

## VERIFICATION

STATE OF NEW YORK        ) ss:
COUNTY OF _____ )

_____, being duly sworn, deposes and says that deponent is the Claimant in the within action; that deponent has read the foregoing Claim and knows the contents thereof; that the same is true to deponent's own knowledge, except as to matters therein stated to be alleged upon information and belief, and that as to those matters, deponent believes it to be true.

_____

Sworn to before me this _____ day
of _____, _____.

_____
Notary Public, State of New York

SERVICE AND FILING INSTRUCTIONS

You must serve a copy of the claim in accordance with Court of Claims Act section 11(a) and you must file the original and two copies, with proof of service, and the filing fee of $50.00 or an application for waiver or reduction of the filing fee, with the Clerk of the Court of Claims.

**FAILURE TO EFFECT PROPER AND TIMELY SERVICE AND FILING MAY RESULT IN DISMISSAL OF YOUR CLAIM**

New York State Court of Claims
Justice Building, P.O. Box 7344
Albany, New York 12224
(518) 432-3411

State of New York
Court of Claims

_Nan ferrie_     Claimant(s)

    v.                 **Affidavit of Service**

_The Court Police officer_   Claim No.

_officer Neil Brandis IDa i her sup_    Assigned Judge:

    Defendant(s)

State of New York
County of _NYC_ )ss:

_Nan ferrie_, being duly sworn, deposes and says:

I am over the age of eighteen (18) years, and on _____, 20___, I served a true copy of the
attached _Nan t_ in the following manner:

**(For a Claim):** _Claim form against Police officer_

☑ **by mailing** it in a sealed envelope, **certified mail, return receipt requested,** with postage prepaid, in a post
office or official depository of the United States Postal Service within the State of New York, addressed to
the last known address of the addressee as follows:

**OR**

☐ **by delivering** it to the following person(s) at the address(es) indicated below:

**(For a Notice of Motion and Supporting Papers):**

☐ by mailing them in a sealed envelope, with postage prepaid, in a post office or official depository of the
United States Postal Service within the State of New York, addressed to the last known address of the
addressee as follows:

_____
(Signature)

Sworn to before me this _23_ day
of _february_ 20_14_

_____
Notary Public

RICHARD B. MINOR
Notary Public, State of New York
Reg. No. 04MI6147382
Qualified in New York County
Commission Expires June 8, 20_14_



New York City Comptroller
John C. Liu

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

Form Version:  NYC-COMPT-BLA-PI1-M

# Personal Injury Claim Form

Claim must be filed *in person* or by registered or certified mail within *90 days* of the occurrence at the NYC
Comptroller's Office, 1 Centre Street, Room 1225, New York, New York 10007. It must be *notarized*. If claim is
not resolved within *1 year and 90 days* of the occurrence, you must start legal action to preserve your rights.
TYPE OR PRINT

**I am filing:**  ◉ On behalf of myself.
○ On behalf of someone else. If on someone else's
behalf, please provide the following information.

Last Name: Terre
First Name: Nan
Relationship to the claimant: self a Working gro Members.

**Attorney Information (If claimant is represented by attorney)**
○ Attorney is filing.

Firm or Last Name:
Firm or First Name:
Address:
Address 2:
City:
State:
Zip Code:
Tax ID: 9
Phone #:
Email Address:

**Claimant Information**

*Last Name: Terre
*First Name: Nan
Address: 2759 Webster Av #1
Address 2:
City: Bronx
State: NYC
Zip Code: 10458
Country: Bronx
Date of Birth: 4/10/1991  Format: MM/DD/YYYY
Soc. Sec. # 80 916 2078
HICN: (Medicare #)
Date of Death:  Format: MM/DD/YYYY
Phone: (701) 484-1993
Email Address: Ppeagcynnate@yahoo.Com
Occupation: Student
City Employee? ○ Yes ○ No ◉ NA   not Court business
Gender: ○ Male ○ Female ◉ Other

**City Agency(s) Involved**

City Agency Involved 1:
City Agency Involved 2:
City Agency Involved 3:

2013 JAN 18  PM 4: 05

I Nan Terre Sing the Court Police Office
at 111 Centae St nyC for Violatens of
my Constitutional rights this Morng 1/17/12,
between 10A - 11.45An was Violate

*Denotes required field(s).

Page 1 of 5



**New York City Comptroller**
John C. Liu

Office of the New York City Comptr[...]
1 Centre S[...]
New York, NY 1[...]

**Complete if claim involves a NYC vehicle**

**Owner of vehicle claimant was traveling in**

Last Name:
First Name:
Address
Address 2:
City:
State:
Zip Code:

**Non-City vehicle driver**

Last Name:
First Name:
Address
Address 2
City:
State:
Zip Code:

**Insurance Information**

Insurance Company Name:
Address
Address 2:
City:
State:
Zip Code:
Policy #:
Phone #:

**Non-City vehicle information**

Make, Model, Year of Vehicle:
Plate #:
VIN #:

**City vehicle information**

Plate #:
City Agency Involved:
City Driver Last Name:
City Driver First Name:

**Description of claimant:**
○ Driver   ○ Passenger
○ Pedestrian   ○ Bicyclist
○ Motorcyclist   ◉ Other

**\*Total Amount Claimed:** *one Million* $ billions Money Cannot What I went by the Police QF

*Format: Do not include "$" or ",".*

Date: 1/17/2012

JAN 17 2013

Signature of Claimant

State of New York
County of _____

I, _____, being duly sworn depose and say that I have read the foregoing NOTICE OF CLAIM and know the contents thereof: that same is true to the best of my own knowledge, except as to the matter here state to be alleged upon information and belief, and as to those matters, I believe them to be true.

Sworn before me this day, JAN 17 2013

Signature of: Claimant

Signature of notary: Jasmine J. Vade[...]

**\*Denotes required field(s).**

JASMINE J. VADEN
Notary Public, State of New York
Reg. No. 01VA6132291
Qualified in [...]

Page 5 of 5

**3) b. Substituted**
**Service**

By delivering a true copy of each to [Identify person served] _____
_____ [Fill out description of person below] a
_____ person of suitable age and discretion, at the actual place of business, dwelling house,
or usual place of abode in the state, *and* mailing, as indicated below.

**Mailing**
**(Use with 3)**

I also enclosed a copy of the above papers in a postpaid, sealed envelope properly
addressed to defendant's last known residence or actual place of business, located at
[address] _____
and I deposited the envelope in a post office depository under the exclusive care and
custody of the United States Postal Service within New York State.

**Description**
**Use with 1, 2,**
**or 3**

The individual I served had the following characteristics:  [Check one box in each
category]:

| Sex | Height | Weight | Age 19YR. |
|---|---|---|---|
| ☐ Male | ☐ Under 5" | ☐ Under 100 lbs. | ☐ 21 - 34 years |
| ☑ Female | ☐ 5'0"- 5'3" | ☐ 100 -130 lbs. | ☐ 35 - 50 years |
| | ☐ 5'4" ☑ 5'8" | ☐ 131 - 160 lbs. | ☐ 51 - 61 years |
| | ☐ 5'9" - 6'0" | ☐ 161 - 200 lbs. | ☐ Over 61 yrs. |
| | ☐ Over 6' | ☐ Over 200 lbs. | |

Color of skin [describe]: Brown
Color of hair [describe]: golden Bronze
Other identifying features, if any [describe]: It is me, my self and I.

**Military**
**Service**

I asked the person to whom I spoke whether the defendant was in the military of the United
States or New York State in any capacity and was told that he/she was not. Defendant did not
wear a military uniform. I state upon information and belief that the defendant is not in the
military service of the United States or New York State. The basis for my belief is the
conversation(s) and observation(s) described above.

Sworn to before me this
_____ day of _____, 200___

_____
Notary Public

_____
[sign your name before a Notary]

_____
[print your name]

AffServ4-06

*Notice*, a Notice of Petition and Verified Petition, an Order to Show Cause and Verified Petition or Subpoena. <u>Print</u> to fill in the spaces next to the instructions.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

*Nan Terrie* _____x

Index Number _____

[fill in names(s)]           Plaintiff(s)/Petitioner(s)

-against- *Landlord's Tenant Court*
*Police Officer @ 111 Centre St Office Mr Brando ID# her Sup*

[fill in names(s)]           Defendant(s)/Respondent(s)_____x

AFFIDAVIT OF SERVICE
of INITIATING PAPERS

STATE OF NEW YORK
COUNTY OF *NY*_____ ss.:

I, *Nan Terrie*_____, [name of person who served papers],
being duly sworn, depose and say:

I am over 18 years of age and am not a party to this case.
I reside at [your address] *2759 Webster Av #L69 Bronx NYC 104*.

On *Feb 27*, 201*3* [date of service], at *3:15* AM/PM [time of day], I served the
attached papers [identify papers served] *I personally delivered all those*
*papers to the State Attorney General in Harlem at 1634 125st Suite*
on the defendant in this case. The address of the place where the papers were served is [location where *NY01*
papers served] *163 W. 125st Suite 304 NYC 10027. State Attorney Ge*

I served the papers in the manner indicated below: [check box that applies]: *In Harlem*

1) ☐ *Individual*     By delivering a true copy of each to the defendant personally. I knew the person
served to be the person named in those papers because [**How did you know
defendant?**] _____
_____[Fill out description of defendant on page 2].

2) ☐ *Corporation*    _____ [name of
business], a domestic corporation, by delivering a true copy of each to [Identify
person served] _____ [Fill out
description of person on page 2], who is [identify his/her job title] _____
_____. I knew the corporation to be that listed in
the papers served and I knew the title of person named above and that he/she was
authorized to accept service.

5) I am unable to pay the filing fee necessary to prosecute this proceeding.

6) No other person who is able to pay the filing fee has a beneficial interest in the result of this proceeding.

7) The facts of my case are described in my claim and other papers filed with the court.

8) I have made no other request for this relief in this case.

_____
(signature)

RICHARD B. MINOR
Notary Public, State of New York
Reg. No. 04MI6147382
Qualified in New York County
Commission Expires June 5, 20 14

Sworn to before me this ___ day of __Feb. 2013__

_____
Notary Public

## AUTHORIZATION

I, _____, inmate number _____, request and authorize the agency holding me in custody to send to the Clerk of the Court of Claims certified copies of the correctional facility trust fund account statement (or the institutional equivalent) for the past six months.

I further request and authorize the agency holding me in custody to deduct the filing fee from my correctional facility trust fund account (or the institutional equivalent) and to disburse those amounts as instructed by the Court of Claims.

This authorization is given in connection with this claim and shall apply to any agency into whose custody I may be transferred.

I UNDERSTAND THAT THE ENTIRE FILING FEE AS DETERMINED BY THE COURT OF CLAIMS WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY CORRECTIONAL FACILITY TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.

_____
(signature)

State of New York
Court of Claims

DIN No. _____, Claimant,

*Nan Fennie'*

v.

Affidavit in Support of Application
Pursuant to CPLR 1101 (f)

Claim No.

The State of New York, *Police Officer @ 111 Centre St NY*
*The Court Branch* Defendant *S a 2 her Supervison*

State of New York        )
                         ) ss:
County of *NYC*          )

I, _____*Nan Fennie*_____, being duly sworn, hereby declare as follows:

1) I am the claimant in this proceeding, I am an inmate in a federal, state or local correctional facility (state place of incarceration: _____), and I submit this affidavit to support my application for a reduction of the filing fee.

2) I currently receive income from the following sources, not including correctional facility wages:

_____

_____

3) I own the following valuable property (other than miscellaneous personal property):

☑ NONE

☐ List property:                    Value:

_____    _____

_____    _____

_____    _____

_____    _____

4) I have no savings, property, assets or income other than as listed above.

Since IDA Brando all how 2070 to 0 for the wing she treated me today at 111 Centre St NYC, I'am asking for this Court to granded me $50 Millions dollars that i had requested from Court of Clain on March 17, 2013 trial at 10A.

i want Peace i Realize IDA Brando will not do right by herself, the Court the Company that hire her, the systems she works for, i'am force to do right by me. i was suffering tort assault, Human rights, Aborigual Law, Constitutional treaties and so forth Justice again as i stated in this page 1 also in the Court of Clains Court i want Justice and since IDA Brando refused to do right, i am asking this Federal Court to grand me Demages's, if federal Court refused i will than take this case to the United Nation Court and the international Court i deserve Justice $50 Millions its nothing to me for what that Policy Enforcer IDA Brando did to me on January 17, 2013. The $50 Millions fats as i stated on record today earlier, during March 17, 2014 trial it will be splits 50 - 50 : So will goes to head associations so will goes to the Breast Cancer Associations thats spend every second of the day's Changeines and saving lifes that fiat's if i can help lives and save lives in return i can find peace within me Moni, i was violate but through that others that's in needs & lives are being saves

② that's My wishes for what i suffered and Cancer too it hurts but an askip true JUSTIG.

Dear, Judg.

On January 17, 2013. between 10A - 11:45A. i was called Humilitate, Violate, Assault by a Court Housing Court policy enforcer IDA Brando at 111 Centre St NYC. March 17, 2014 i went to Court eventhough I won My case & the Judge appologize for IDA Brando who refused to admitted her wrong -Ill evildoers Behavior what she done to Me on March, 17, 2013. indeed i am Sick and tired as an Aboriginal indigenous being Violate over and over again inside My own Ancestor Land as an Aboriginal indigenous by this Europeans Systems & their Descendants, I Chose to bring this Case Now to Federal Court because as a Bloodline Jus soli & Jus sanguinis individual with all Lawful rights to be here inside My Ancestors Lands and OCCupied it Whenever this Systems Violate the Lawful-Right Ful Jus soli and Jus sanguinous Phism this Europeans System Must Pay the penalty for his Corporations Europeans Citizens Workers. Today i won a War at the Court of Claim Court. yet i Losa War because my healing its not Complete: nothing Can erase that HORRify - HORRible Day January 17, 2013 every At January 17, 2013 Will be a torture day for Me knowing in January 17, 2013 i was Abused Violate, and Assault yet the policy enforcer Citizenship Worker IDA Brando Refused to admit any wrong this Case its not about feats at all this Case its about My Lawful rights Was Violate at 111 Centre of My By policy enforcer IDA Brando, I am asking and Pleading for Federal Court. Due right for once and Bring true Peace and Justice, i have to live without that for the rest of My Life.                    ①