United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, N.Y. 10007

RECEIVED APR 17 2014 PRO SE OFFICE

Nan terrie

against

State of New York

Case # 1:14-CV-02070-UA ( )

Document: letter Evidence from Judge Soto Court of Claims

Document from Court of Claims: Claims # 122466 support evidence of Claims. also since its unlawful & unConstitutional for Court of Claims denial me of my legal right to get Copies of audio to add into this Case file. I'm requesty the Judge in this Case to please grant me a subpoena for requesty a copy of Audio in this Case

Thank You.

There's will be other Documents will be file in this Case that I'm making copies to bring Nanterrie

1:14-CV-02070-UA

**COURT OF CLAIMS**
**STATE OF NEW YORK**
GOVERNOR NELSON A. ROCKEFELLER
EMPIRE STATE PLAZA
BOX 7344, CAPITOL STATION
ALBANY, NEW YORK 12224

Nan Terrie, Pro Se
2759 Webster Ave #L69
Bronx, NY 10458

MAR 31 2014

neopost
03/28/2014
US POSTAGE
$00.48⁰
FIRST-CLASS MAIL
ZIP 12223
041L11230102



# Court of Claims
## State of New York

ROBERT ABRAMS BUILDING
FOR LAW AND JUSTICE
BOX 7344, CAPITOL STATION
ALBANY, NEW YORK 12224

(518) 432-3439

**Richard E. Sise**
Acting Presiding Judge

**Robert T. DeCataldo**
Chief Clerk

April 7, 2014

Ms. Nan Terrie
2759 Webster Avenue, #L69
Bronx, New York 10458

        RE:    Nan Terrie
                 Claim No. 122466

Dear Ms. Terrie:

      Please take notice that judgment in the above entitled claim has been entered in this office today, namely on April 7, 2014, and you are herewith served with a certified copy of said judgment.

      Please also take notice that a certified copy of the above judgment has been served upon the Attorney General today.

                                  Very truly yours,

                                  Robert T. DeCataldo
                                  Chief Clerk

RTD/eh
enclosure



# Court of Claims
## State of New York

ROBERT ABRAMS BUILDING
FOR LAW AND JUSTICE
BOX 7344, CAPITOL STATION
ALBANY, NEW YORK 12224

(518) 432-3453

**Richard E. Sise**
Acting Presiding Judge

**Robert T. DeCataldo**
Chief Clerk

March 28, 2014

Nan Terrie, Pro Se
2759 Webster Ave., #L69
Bronx, NY 10458

Honorable Eric T. Schneiderman
Attorney General
The Capitol
Albany, New York  12224

Attn: Asst. Attys. General Bryant, Brooks & Hunter

          Re:    Nan Terrie v. State of New York
                Claim No. 122466

Dear Sir/Madam:

    I am enclosing herewith conformed copy of Order Directing Judgment, Soto, J., and filed in the Clerk's office March 28, 2014, regarding the above entitled and numbered claim as stated in the Order set forth.

                Very truly yours,

                *Robert T. DeCataldo*
                Robert T. DeCataldo
                Chief Clerk

RTD/ms
Enclosure

www.nyscourtofclaims.state.ny.us

STATE OF NEW YORK  COURT OF CLAIMS
NAN TERRIE,

                            Claimant,     ORDER DIRECTING JUDGMENT

-v-

STATE OF NEW YORK,     Claim No.  122466

                            Defendant.

FILED MAR 28 2014 STATE COURT OF CLAIMS ALBANY, N.Y.

BEFORE:       HON. FAVIOLA A. SOTO
                  Judge of the Court of Claims

APPEARANCES:  For Claimant:
                  Nan Terrie, Pro Se

                  For Defendant:
                  Honorable Eric T. Schneiderman, Attorney General
                  By: John M. Hunter, AAG

This assault claim was tried before me on March 17, 2014.

As set forth on the record, the Court finds in favor of claimant and against defendant and finds defendant the State of New York 100 % liable, but does not award monetary damages. To the extent claimant has paid a filing fee, it may be recovered pursuant to Court of Claims Act 11-a (2).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Claim No. 122466

Page 2

New York, New York
March 17, 2014

_____
FAVIOLA A. SOTO
Judge of the Court of Claims

STATE OF NEW YORK   -   COURT OF CLAIMS

NAN TERRIE,

                  Claimant,                              Claim No. 122466

      -against-

THE STATE OF NEW YORK,

                  Defendant.                             J U D G M E N T

                  NAN TERRIE, Pro Se.

                  HONORABLE ERIC T. SCHNEIDERMAN,
                  Attorney General,
                  by JOHN M. HUNTER, ESQ.,
                  Assistant Attorney General,
                  of Counsel for the Defendant.

                  This claim for an unstated amount for damages resulting from the alleged assault upon the above named claimant, arising at the New York City Civil Court Building located at 111 Centre Street in the City of New York, New York County, due to the alleged negligence of the State of New York, its officers, agents, servants and employees; filed March 7, 2013 and numbered 122466, came on to be heard before the Honorable Faviola A. Soto, a Judge of the Court of Claims,

                  AND the Court having heard the proofs and allegations of the parties and, at the conclusion of the trial, a bench decision having been rendered on the record, finding the State of New York 100% liable, but does not award any monetary damages to claimant,

State of New York

County of Albany     : ss.:

City of Albany      :

I HEREBY CERTIFY, That I have compared the foregoing and annexed copy of the judgment in the claim

of

NAN TERRIE

Claim No. 122466

against the State of New York with the original thereof on file and of record in this office, and that the same is a correct transcript therefrom and of the whole of the original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said Court of Claims in the City and County of Albany, N.Y., this 7th day of April A.D. 2014

_____
Chief Clerk of the Court of Claims

State of New York,  :
   County of Albany  :  ss.:
   City of Albany  :

I ROBERT T. DeCATALDO, Chief Clerk of the Court of Claims of the State of New York Do Hereby Certify, That I have compared the foregoing and annexed copy of the judgment in the claim of

NAN TERRIE

Claim No. 122466

against the State of New York with the original thereof on file and of record in this office, and that the same is a correct transcript therefrom and of the whole of the original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said Court of Claims in the City and County of Albany, N.Y., this 7th day of April A.D. 2014

_____
Chief Clerk of the Court of Claims

State of New York

County of Albany     : ss.:

City of Albany       :

I Hereby Certify, That I have compared the foregoing and annexed copy of the judgment in the claim of

### NAN TERRIE

Claim No. 122466

against the State of New York with the original thereof on file and of record in this office, and that the same is a correct transcript therefrom and of the whole of the original.

In Testimony Whereof, *I have hereunto set my hand and affixed the seal of said Court of Claims in the City and County of Albany, N.Y., this 7th day of April A.D. 2014*

*Chief Clerk of the Court of Claims*

Claim No. 122466

STATE OF NEW YORK

COURT OF CLAIMS

NAN TERRIE

Claimant

AGAINST

THE STATE OF NEW YORK

Certified Copy of
Judgment
Following Trial

CLERK'S OFFICE
COURT OF CLAIMS
P.O. BOX 7344
ALBANY, NY 12224